# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(114)(115)(116)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
          Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellee.
_____/

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

On order of the Chief Justice, the motions of plaintiff-appellant for immediate consideration and to extend the time for filing its reply brief are GRANTED. The reply brief will be accepted as timely filed if it is filed on or before November 19, 2013. On further order of the Chief Justice, the separate motions of attorney Jeff B. Litwak and the Interstate Commission for Juveniles, the Association of Administrators of the Intestate Compact on the Placement of Children for immediate consideration and to extend the time for filing motions for permission to file amicus curiae briefs along with the accompanying briefs are GRANTED. The motions and amicus briefs will be accepted as timely filed if filed on or before November 19, 2013.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2013



Clerk